[No. 36986-5-I.    Division One.    August 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GANTRY
LOMONE MATHEWS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07944-8, Joan E. DuBuque, J., entered
June 26, 1995. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 17575-4-II.    Division Two.    August 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH J.
BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 93-1-00431-0, William J. Kamps, J.,
entered September 17, 1993. *Affirmed* by unpublished
opinion per Armstrong, J., concurred in by Houghton,
A.C.J., and Turner, J.

[No. 17894-0-II.    Division Two.    August 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LOWELL
GUEST ANSPAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for
Mason County, No. 93-1-00051-1, James B. Sawyer II, J.,
entered December 13, 1993. *Affirmed* by unpublished
opinion per Houghton, A.C.J., concurred in by Turner and
Armstrong, JJ.